JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Sun Life Assurance Company of Canada*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALAN CROMPTON<br><br>               Plaintiff,<br>vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, a Massachusetts Corporation; DOES I through V inclusive, and ROES I through V. inclusive,<br><br>               Defendants. | Case No.: 2:18-cv-01165-RFB-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>**(First Request)** |

IT IS HEREBY STIPULATED and agreed, by the parties hereto through their respective counsel of record, that Defendant Sun Life Assurance Company of Canada be granted an extension

//

//

//

//

//

//

//

of up to and including **August 21, 2018**, within which to file its response to Plaintiff's Complaint (currently due on Tuesday, July 24, 2018). This stipulation is made in good faith and is not intended for purposes of delay.

DATED this 18th day of July, 2018.

| LAW OFFICE OF JULIE A. MERSCH | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| */s/* Julie A. Mersch | /s/ Jill Garcia |
| Julie A. Mersch | Jill Garcia |
| 701 S. 7th Street | 3800 Howard Hughes Parkway |
| Las Vegas, NV 89101 | Suite 1500 |
| Telephone: 702.387-5868 | Las Vegas, NV 89169 |
| *Attorneys for Plaintiff Alan Crompton* | Telephone: 702.369.6800 |
| | *Attorneys for Defendant Sun Life Assurance Company of Canada* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

July 19, 2018
DATED

34890653.1

2